AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN ANTHONY DOYLE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 420-196

AMANDA KELLY, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 31, 2023, this case is dismissed due to Plaintiff's allegation of poverty was untrue and for failure to obey a court order and prosecute this case. This case stands closed.

Approved by: *Christopher L. Ray*

January 31, 2023
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Sabalza*

(By) Deputy Clerk

GAS Rev 10/2020